FILED
JUL 25 2023 KG
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 23 CR 374 |
| v. | Violations: Title 18, United States Code, Sections 922(a)(1)(A) and 922(g)(1) |
| JESUS SANCHEZ | |

## COUNT ONE

The SPECIAL NOVEMBER 2022 GRAND JURY charges:

From on or about April 27, 2023, and continuing until in or around June 2023, in Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

JESUS SANCHEZ,

defendant herein, not being a licensed dealer within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms;

In violation of Title 18, United States Code, Section 922(a)(1)(A).

## COUNT TWO

The SPECIAL NOVEMBER 2022 GRAND JURY further charges:

On or about May 11, 2023, at Chicago, in the Northern District of Illinois, Eastern Division,

JESUS SANCHEZ,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, namely a loaded Smith & Wesson, model M&P 15-22 semiautomatic rifle, bearing serial number LAC6591, which firearm had traveled in interstate commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT THREE

The SPECIAL NOVEMBER 2022 GRAND JURY further charges:

On or about June 15, 2023, at Chicago, in the Northern District of Illinois, Eastern Division,

JESUS SANCHEZ,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, namely a Sig-Sauer model P230SL semiautomatic handgun, bearing serial number S004802, a FIE model E22 semiautomatic handgun, bearing serial number AB21287, and a Ceska Zbrojovka (CZ), model CZ 75B 9mm Luger semiautomatic handgun, bearing serial number 2838N, which firearm had traveled in interstate and foreign commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL.

_____
FOREPERSON

_____
ACTING UNITED STATES ATTORNEY